UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

CASE NO. 1:22-cv-21884-XXXX

Associated Energy Group, LLC, a Texas limited liability company,

        Plaintiff,

vs.

ARAB REPUBLIC OF EGYPT, a foreign state; EGYPTIAN AIR FORCE, an agency or instrumentality of the Arab Republic of Egypt,

        Defendants.
_____/

## PLAINTIFF, ASSOCIATED ENERGY GROUP, LLC'S STATUS REPORT AS TO SERVICE

Pursuant to the Court's July 18, 2022 Order [DE 15], Plaintiff, ASSOCIATED ENERGY GROUP, LLC ("AEG"), hereby submits this status update regarding service of the summons and Complaint upon Defendants, the ARAB REPUBLIC OF EGYPT ("Egypt") and the EGYPTIAN AIR FORCE ("EAF") (collectively, "Defendants"), as follows:

AEG has engaged the international process servicer Crowe Foreign Services, located at 733 SW Vista Avenue, Portland, Oregon, 97205 ("Crowe"), to effect service of process upon Defendants under the Hague Service Convention.

Currently, Crowe is translating the Complaint and the summons to Arabic and preparing all the necessary paperwork. Crowe estimates sending all the necessary documents to the Egyptian Central Authority within approximately twenty (20) days from this report.

In summary, AEG is exercising due diligence and acting in good faith to ensure the just

and speedy service of process upon Defendants, as required by Federal Rule of Civil Procedure 1 and pursuant to 28 U.S. Code §1608(d). AEG will closely monitor the work by Crowe to ensure service of process and compliance with 28 U.S. Code §1608(d) as quickly as possible.

DATED: July 25, 2022.

                                               Respectfully submitted,

                                               **DUANE MORRIS LLP**

                                               */s/ Harold E. Patricoff*
                                               Harold E. Patricoff
                                               Florida Bar No. 508357
                                               Priscila Bandeira
                                               Florida Bar No. 1015229
                                               201 S. Biscayne Blvd., Suite 3400
                                               Miami, Florida 33131
                                               Tel: 305.960.2200
                                               HEPatricoff@duanemorris.com
                                               PBandeira@duanemorris.com
                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25th 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court, Southern District of Florida by using the CM/ECF system.

                                            By: /s/ *Harold E. Patricoff*
                                                    Harold E. Patricoff