UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-21884-CIV-COOKE/Damian

**ASSOCIATED ENERGY GROUP, LLC**,

    Plaintiff,
vs.

**ARAB REPUBLIC OF EGYPT** and
**EGYPTIAN AIR FORCE**

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon review of Plaintiff, Associated Energy Group, LLC's, Status Report as to Service [ECF No. 22], filed on July 25, 2022. There are two named Defendants, neither of whom has been served, and these two Defendants are both Egyptian entities located in Egypt; Plaintiff admits it has begun the process of serving Defendants under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. (*See* Report 1). On July 18, 2022, the Court entered an Order [ECF No. 15] instructing, in part, that should Plaintiff seek to effectuate service under the Hague Convention, the case would be administratively closed until that process is completed.

While Plaintiff notes it is exercising due diligence to ensure just and speedy service of process upon Defendants, service under the Hague Convention may take anywhere from six to eight months, or more. *See In GLG Life Tech Corp. Sec. Litig.*, 287 F.R.D. 262, 266 (S.D.N.Y. 2012) (noting court's concern that the length of time required for service under the Hague Convention, six to eight months, could unnecessarily delay the case (citations omitted)).

CASE NO. 22-21884-CIV-COOKE/Damian

Consequently, and under the Court's inherent power to manage its docket to ensure the orderly progress of the case, *see, e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants.  How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (alteration added; citations omitted)), it is

**ORDERED AND ADJUDGED** that this case is **STAYED** for administrative purposes only.  The Clerk is directed to **CLOSE** the case.  Plaintiff is instructed to submit, every sixty (60) days beginning **August 30, 2022**, status reports advising of the status of service upon Defendants.  The Court retains jurisdiction, and the case shall be restored to the active docket upon Court order following motion of a party.  This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2