UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-cv-21884

ASSOCIATED ENERGY GROUP, LLC,

      Plaintiff,

vs.

ARAB REPUBLIC OF EGYPT;
EGYPTIAN AIR FORCE,

      Defendants,

_____/

## GARNISHEE HSBC BANK'S
## ANSWER TO PRE-JUDGMENT WRIT OF GARNISHMENT

Garnishee, HSBC Bank USA, National Association ("HSBC Bank"), pursuant to Florida Statutes § 77.06, responds to the Pre-Judgment Writ of Garnishment (the "Writ") served on it on July 15, 2022, by Associated Energy Group, LLC, ("Associated Energy") as follows:

1.      Between July 15, 2022, the date of service of the Writ, and August 1, 2022, the date on which this Answer is being served, HSBC Bank was indebted to the Egyptian Procurement Office ("EPO").  EPO maintained twenty-five accounts with HSBC Bank: account no ----8533, which holds a balance of $458,414.06; account no ----8550, which holds a balance of $62,589.52; account no ----8568, which holds a balance of $12,404.44; account no ----8576, which holds a balance of $132,452.90; account no ----8584, which holds a balance of $231,074.56; account no ----8592, which holds a balance of $43,635.16; account no ----8606, which holds a balance of $49,115.14; account no ----6069, which holds a balance of $33,761.58; account no ----6140, which

1

holds a balance of $25,841.87; account no ----6328, which holds a balance of $30,229.56; account no ----7995, which holds a balance of $9,642.89; account no ----8177, which holds a balance of $110,462.30; account no ----9467, which holds a balance of $1,000.09; account no ----9548, which holds a balance of $100,168.76; account no ----9645, which holds a balance of $100,009.04; account no ----9815, which holds a balance of $5,004.52; account no ----9904, which holds a balance of $130,011.75; account no ----1232, which holds a balance of $1,013.56; account no ----0780, which holds a balance of $105,214.63; account no ----0879, which holds a balance of $319.20; account no ----1034, which holds a balance of $32,519.77; account no ----1123, which holds a balance of $41,621.35; account no ----1553, which holds a balance of $299,388.38; account no ----1588, which holds a balance of $440,714.61; and account no ----1642, which holds a balance of $6,919,434.61 (the "Accounts").  In good faith, HSBC Bank has placed a hold on account no ----1642 in the amount of $3,103,596.83, an amount in excess of the amount set forth in the Plaintiff's Verified Emergency *Ex Parte* Motion for Issuance of Prejudgment Writ of Garnishment pending a further determination by this Court.

2.      HSBC Bank did not at any relevant time have in its possession or control any other goods, monies, chattels or effects of EPO, nor does HSBC Bank know of any other persons indebted to EPO who may have had any of EPO's effects in their possession or control.

3.      HSBC Bank hereby demands payment of the $100.00 statutory fee, pursuant to § 77.28, Florida Statutes.

4.      In addition, pursuant to Fla. Stat. § 77.28, HSBC Bank demands payment of all additional reasonable attorney's fees incurred by it in connection with its response to the Writ.

2

**DESIGNATION OF EMAIL ADDRESS**

Pursuant to Florida Rule of Judicial Administration 2.516, HSBC Bank's undersigned counsel, James S. Czodli, hereby designates the following addresses for service by e-mail:

jczodli@carltonfields.com
mgross@carltonfields.com
miaecf@cfdom.net
iabay@carltonfields.com
mcabrera@carltonfields.com

Please note that service by e-mail should utilize all four e-mail addresses.  Correspondence other than service should utilize only the primary address.

Respectfully submitted,

/s/ James S. Czodli
James S. Czodli
Fla. Bar. No. 123523
Merrick L. Gross
Fla. Bar. No. 716677
**CARLTON FIELDS**
*Attorney for HSBC Bank USA, National Association*
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Tel No.  (305) 530-0050
Fax No. (305) 530-0055

3

120920043.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Answer to Pre-Judgment Writ of

Garnishment was served by electronic mail using the Court's ePortal system on August 1, 2022,

to:

Harold E. Patricoff, Esq.,
Duane Morris, LLP,
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
*Attorney for Plaintiff*


                                        */s/ James S. Czodli*
                                        James S. Czodli

120920043.1