UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-21884-COOKE/DAMIAN

**NOTICE TO DEFENDANT OF WRIT OF GARNISHMENT PURSUANT TO
SECTION 77.055. F.S. AND CERTIFICATE OF SERVICE**

DIVISION:    CIVIL            CASE NO: 1:22-CV-21884-COOKE/DAMIAN

PLAINTIFF:   ASSOCIATED ENERGY GROUP, LLC

DEFENDANTS: ARAB REPUBLIC OF EGYPT; EGYPTIAN AIR FORCE

GARNISHEE: HSBC BANK USA, NATIONAL ASSOCIATION ("HSBC BANK")

In compliance with Section 77.055, Fla. Stat., Plaintiff hereby certifies:

1.      That a (check one) ✓ Writ of Garnishment      Continuing Writ of Garnishment

against Defendant's bank accounts was served on the above named Garnishee on July 15, 2022.

2.      The above named Garnishee (check one)

        Did not file an Answer
        ✓ Filed an Answer. A copy is attached.

3.      You are hereby notified that you must move to dissolve the Writ of Garnishment
within 20 days after the date indicated on the Certificate of Service below if any allegation in the
Plaintiff's Motion for Writ of Garnishment is untrue.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S.P.S.

Priority Mail Express International, Return Receipt Requested and via Federal Express on this

3rd day of August, 2022 to:

| | |
|---|---|
| Egyptian Procurement Office<br>2590 L. Street, NW 2nd Floor<br>Washington, DC 20037 | Egyptian Air Force<br>c/o the Ministry of Foreign Affairs<br>Kornish el Nile<br>Maspiro- Cairo, Egypt |

| | |
|---|---|
| Arab Republic of Egypt<br>c/o the Ministry of Foreign Affairs<br>Kornish el Nile<br>Maspiro- Cairo, Egypt | Arab Republic of Egypt<br>c/o Ministry of Justice<br>Magles El Shaab St.<br>Lazoughly Sq.<br>Lazoughly<br>CAIRO<br>Egypt |
| Egyptian Air Force<br>c/o Egyptian Ministry of Defense<br>WMQ3+5HG, Unnamed Road<br>Cairo Governorate Desert, Cairo Governorate<br>Egypt | |

Respectfully submitted,

*/s/ Harold E. Patricoff*
Harold E. Patricoff, Esq.
Florida Bar No. 508357
Priscila Bandeira, Esq.
Florida Bar No. 1015229
201 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
Tel: 305.960.2200
HEPatricoff@duanemorris.com
PBandeira@duanemorris.com

*Counsel for Plaintiff*

DM1\13356393.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-cv-21884

ASSOCIATED ENERGY GROUP, LLC,

      Plaintiff,

vs.

ARAB REPUBLIC OF EGYPT;
EGYPTIAN AIR FORCE,

      Defendants,

_____/

## GARNISHEE HSBC BANK'S
## ANSWER TO PRE-JUDGMENT WRIT OF GARNISHMENT

      Garnishee, HSBC Bank USA, National Association ("HSBC Bank"), pursuant to Florida

Statutes § 77.06, responds to the Pre-Judgment Writ of Garnishment (the "Writ") served on it on

July 15, 2022, by Associated Energy Group, LLC, ("Associated Energy") as follows:

      1.      Between July 15, 2022, the date of service of the Writ, and August 1, 2022, the date

on which this Answer is being served, HSBC Bank was indebted to the Egyptian Procurement

Office ("EPO").  EPO maintained twenty-five accounts with HSBC Bank: account no ----8533,

which holds a balance of $458,414.06; account no ----8550, which holds a balance of $62,589.52;

account no ----8568, which holds a balance of $12,404.44; account no ----8576, which holds a

balance of $132,452.90; account no ----8584, which holds a balance of $231,074.56; account no -

---8592, which holds a balance of $43,635.16; account no ----8606, which holds a balance of

$49,115.14; account no ----6069, which holds a balance of $33,761.58; account no ----6140, which

1

holds a balance of $25,841.87; account no ----6328, which holds a balance of $30,229.56; account no ----7995, which holds a balance of $9,642.89; account no ----8177, which holds a balance of $110,462.30; account no ----9467, which holds a balance of $1,000.09; account no ----9548, which holds a balance of $100,168.76; account no ----9645, which holds a balance of $100,009.04; account no ----9815, which holds a balance of $5,004.52; account no ----9904, which holds a balance of $130,011.75; account no ----1232, which holds a balance of $1,013.56; account no ----0780, which holds a balance of $105,214.63; account no ----0879, which holds a balance of $319.20; account no ----1034, which holds a balance of $32,519.77; account no ----1123, which holds a balance of $41,621.35; account no ----1553, which holds a balance of $299,388.38; account no ----1588, which holds a balance of $440,714.61; and account no ----1642, which holds a balance of $6,919,434.61 (the "Accounts").  In good faith, HSBC Bank has placed a hold on account no ----1642 in the amount of $3,103,596.83, an amount in excess of the amount set forth in the Plaintiff's Verified Emergency *Ex Parte* Motion for Issuance of Prejudgment Writ of Garnishment pending a further determination by this Court.

2.      HSBC Bank did not at any relevant time have in its possession or control any other goods, monies, chattels or effects of EPO, nor does HSBC Bank know of any other persons indebted to EPO who may have had any of EPO's effects in their possession or control.

3.      HSBC Bank hereby demands payment of the $100.00 statutory fee, pursuant to § 77.28, Florida Statutes.

4.      In addition, pursuant to Fla. Stat. § 77.28, HSBC Bank demands payment of all additional reasonable attorney's fees incurred by it in connection with its response to the Writ.

2

120920043.1

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Florida Rule of Judicial Administration 2.516, HSBC Bank's undersigned counsel, James S. Czodli, hereby designates the following addresses for service by e-mail:

jczodli@carltonfields.com
mgross@carltonfields.com
miaecf@cfdom.net
iabay@carltonfields.com
mcabrera@carltonfields.com

Please note that service by e-mail should utilize all four e-mail addresses. Correspondence other than service should utilize only the primary address.

Respectfully submitted,

*/s/ James S. Czodli*
James S. Czodli
Fla. Bar. No. 123523
Merrick L. Gross
Fla. Bar. No. 716677
**CARLTON FIELDS**
*Attorney for HSBC Bank USA, National Association*
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Tel No.  (305) 530-0050
Fax No. (305) 530-0055

120920043.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Answer to Pre-Judgment Writ of

Garnishment was served by electronic mail using the Court's ePortal system on August 1, 2022,

to:

Harold E. Patricoff, Esq.,
Duane Morris, LLP,
201 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
*Attorney for Plaintiff*

*/s/ James S. Czodli*
James S. Czodli

120920043.1



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



FOLD on this line and place in shipping pouch with **bar code and delivery address visible**

1. Fold this page in half and place behind the shipping label in the waybill pouch.

 

*package id*
0792028
*ship date*
Wed, Aug 03 2022
*to*
Egyptian Air Force
c/o Egyptian Ministry of
   Defense
WMQ3+5HG, Unnamed
   Road
Cairo Governorate Desert
Cairo Governorate,
Egypt
305.960.2231
gagosto@duanemorris.com
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
gagosto@duanemorris.com

*from*
Priscila Bandeira Lessa de
   Assis (12616)
Duane Morris LLP
201 South Biscayne Blvd.
   Suite 3400
Miami, FL 33131-4325
US
+1 305 960 2319
*billing*
AEG FUELS-EGYPT: FUEL
   SALES
(M4173-00003)
*duties and taxes billing*
Sender
*operator*
Gloria Agosto
+1 305 960 2231
gagosto@duanemorris.com
*create time*
08/03/22, 9:57AM

*vendor*
FedEx
*tracking number*
276332693041
*service*
FedEx International
   Priority®
*packaging*
FedEx® Envelope
*signature*
Direct Signature Required
*contents*
Documents
Documents
*courtesy quote*
30.67

*Quote may not reflect all
accessorial charges*

## Commercial Invoice

| date of export | | export reference | | |
|---|---|---|---|---|
| 08/03/22 | | | | |
| **AES ITN** | | **FTR Exemption Code** | | |
| **shipper/exporter** | | **consignee** | | |
| Priscila Bandeira Lessa de Assis (12616) Duane Morris LLP 201 South Biscayne Blvd. Suite 3400 Miami , FL 33131-4325 United States | | Egyptian Air Force c/o Egyptian Ministry of Defense WMQ3+5HG, Unnamed Road Cairo Governorate Desert Cairo Governorate , Egypt 305.960.2231 gagosto@duanemorris.com | | |
| **country of export** | | **buyer other than consignee** | | |
| United States | | | | |
| **country of ultimate destination** | | | | |
| **exporting vendor** | | | | |
| FedEx | | | | |
| **waybill** | | **currency of sale** | | |
| 276332693041 | | USD | | |
| **marks and numbers** | **number of packages** | **total gross weight** | | **cubic volume** |
| | 1 | | | |
| **description (country of manufacture)** | | **quantity** | **unit price** | **total amount** |
| Documents -- Documents | | | | 0 USD |

| | | |
|---|---|---|
| | Items total | 0.00 |
| I declare that all the information contained in this invoice is true and correct. | Packing costs | |
| | Freight costs | 30.67 |
| | Transportation costs | |
| Signed _____ | Handling | |
| | Insurance costs | |
| Date _____ | Assists | |
| | Additional Fees | |
| | Duties and taxes | |
| | Total invoice total | |



- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



FEDEX AWB COPY - PLEASE PLACE IN POUCH

ORIGIN ID:MPBA (305) 960-2200
Priscila Bandeira Lessa de Assis
Duane Morris LLP
201 South Biscayne Blvd. Suite 3400

Miami, FL 33131
UNITED STATES US

TO Arab Republic of Egypt
c/o Ministry of Justice
Magles El Shaab St.
Lazoughly Sq.
Lazoughly-Cairo,
EGYPT, EG

TRK# 2763 3259 9080    Form 0430

PKG:ENV

IP EOD
REF: M4173.00003
DESC1:Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD

SIGN: Priscila Bandeira Le
T/C: S --------
D/T: S --------

SHIP DATE: 03AUG22
ACTWGT: 0.50 LB
CAD: 26378637/0WSXI3600

BILL SENDER
EINVAT:

305960 2231
(EG)
AWB

FedEx
Express

SHIP DATE: 03AUG22

J222022041220uv

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold this page in half and place behind the shipping label in the waybill pouch.

  

*package id*
 0792027
*ship date*
 Wed, Aug 03 2022
*to*
 Arab Republic of Egypt
 c/o Ministry of Justice
 Magles El Shaab St.
 Lazoughly Sq
 Lazoughly-Cairo,
 Egypt
 305.960.2231
 gagosto@duanemorris.com
*residential address*
 No
*return label*
 No
*notification type*
 Delivery
*notification recipients*
 gagosto@duanemorris.com

*from*
 Priscila  Bandeira Lessa de
  Assis  (12616)
 Duane Morris LLP
 201 South Biscayne Blvd.
  Suite 3400
 Miami, FL  33131-4325
 US
 +1 305 960 2319
*billing*
 AEG FUELS-EGYPT: FUEL
  SALES
 (M4173-00003)
*duties and taxes billing*
 Sender
*operator*
 Gloria  Agosto
 +1 305 960 2231
 gagosto@duanemorris.com
*create time*
 08/03/22, 9:56AM

*vendor*
 FedEx
*tracking number*
 276332599080
*service*
 FedEx International
  Priority®
*packaging*
 FedEx® Envelope
*signature*
 Direct Signature Required
*contents*
 Documents
 Documents
*courtesy quote*
 30.67

 *Quote may not reflect all
 accessorial charges*

## Commercial Invoice

| date of export | | export reference | | |
|---|---|---|---|---|
| 08/03/22 | | | | |
| **AES ITN** | | **FTR Exemption Code** | | |
| **shipper/exporter** | | **consignee** | | |
| Priscila Bandeira Lessa de Assis (12616) Duane Morris LLP 201 South Biscayne Blvd. Suite 3400 Miami , FL 33131-4325 United States | | Arab Republic of Egypt c/o Ministry of Justice Magles El Shaab St. Lazoughly Sq Lazoughly-Cairo , Egypt 305.960.2231 gagosto@duanemorris.com | | |
| **country of export** | | **buyer other than consignee** | | |
| United States | | | | |
| **country of ultimate destination** | | | | |
| **exporting vendor** | | | | |
| FedEx | | | | |
| **waybill** | | **currency of sale** | | |
| 276332599080 | | USD | | |
| **marks and numbers** | **number of packages** | **total gross weight** | | **cubic volume** |
| | 1 | | | |
| **description (country of manufacture)** | | **quantity** | **unit price** | **total amount** |
| Documents -- Documents | | | | 0 USD |

| | | | |
|---|---|---|---|
| I declare that all the information contained in this invoice is true and correct. Signed _____ Date _____ | Items total | | 0.00 |
| | Packing costs | | |
| | Freight costs | | 30.67 |
| | Transportation costs | | |
| | Handling | | |
| | Insurance costs | | |
| | Assists | | |
| | Additional Fees | | |
| | Duties and taxes | | |
| | Total invoice total | | |



---

FOLD on this line and place in shipping pouch with bar code **and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



ORIGIN ID:MPBA (305) 960-2200
Priscila Bandeira Lessa de Assis
Duane Morris LLP
201 South Biscayne Blvd. Suite 3400

Miami, FL 33131
UNITED STATES US

TO Arab Republic of Egypt
c/o the Ministry of Foreign Affairs
Kornish el Nile

Maspiro-Cairo,
EGYPT, EG

SHIP DATE: 03AUG22
ACTWGT: 0.50 LB
CAD: 2537863700WSX3600

BILL SENDER
ENV/AT:

305960231

(EG)

AWB

**FedEx** Express

TRK# 2763 3249 5575    Form 0430    PKG:ENV

.J22202041220UV

IP EOD
REF: M4173.00003
DESC1:Documents
DESC2:
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after incorporation into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE
CUSTOMS VALUE: 0.00 USD

SIGN: Priscila Bandeira Le
T/C: S .........
D/T: S .........

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Fedex Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold this page in half and place behind the shipping label in the waybill pouch.

     

*package id*
    0792024
*ship date*
    Wed, Aug 03 2022
*to*
    Arab Republic of Egypt
    c/o the Ministry of Foreign
        Affairs
    Kornish el Nile
    Maspiro-Cairo,
    Egypt
    305.960.2231
    gagosto@duanemorris.com
*residential address*
    No
*return label*
    No
*notification type*
    Delivery
*notification recipients*
    gagosto@duanemorris.com

*from*
    Priscila Bandeira Lessa de
        Assis (12616)
    Duane Morris LLP
    201 South Biscayne Blvd.
        Suite 3400
    Miami, FL   33131-4325
    US
    +1 305 960 2319
*billing*
    AEG FUELS-EGYPT: FUEL
        SALES
    (M4173-00003)
*duties and taxes billing*
    Sender
*operator*
    Gloria Agosto
    +1 305 960 2231
    gagosto@duanemorris.com
*create time*
    08/03/22, 9:54AM

*vendor*
    FedEx
*tracking number*
    276332495575
*service*
    FedEx International
        Priority®
*packaging*
    FedEx® Envelope
*signature*
    Direct Signature Required
*contents*
    Documents
    Documents
*courtesy quote*
    30.67

 *Quote may not reflect all
 accessorial charges*

## Commercial Invoice

| date of export | export reference |
|---|---|
| 08/03/22 | |

| AES ITN | FTR Exemption Code |
|---|---|

| shipper/exporter | consignee |
|---|---|
| Priscila  Bandeira Lessa de Assis  (12616)<br>Duane Morris LLP<br>201 South Biscayne Blvd. Suite 3400<br>Miami , FL  33131-4325  United States | Arab Republic of Egypt<br>c/o the Ministry of Foreign Affairs<br>Kornish el Nile<br>Maspiro-Cairo ,     Egypt<br>305.960.2231<br>gagosto@duanemorris.com |

| country of export | buyer other than consignee |
|---|---|
| United States | |

| country of ultimate destination | |
|---|---|

| exporting vendor | |
|---|---|
| FedEx | |

| waybill | currency of sale |
|---|---|
| 276332495575 | USD |

| marks and numbers | number of packages | total gross weight | cubic volume |
|---|---|---|---|
| | 1 | | |

| description (country of manufacture) | | quantity | unit price | total amount |
|---|---|---|---|---|
| Documents -- Documents | | | | 0 USD |

| | Items total | 0.00 |
|---|---|---|
| I declare that all the information contained in this invoice is true and correct.<br><br>Signed _____<br><br>Date _____ | Packing costs | |
| | Freight costs | 30.67 |
| | Transportation costs | |
| | Handling | |
| | Insurance costs | |
| | Assists | |
| | Additional Fees | |
| | Duties and taxes | |
| | Total invoice total | |



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



FEDEX AWB COPY - PLEASE PLACE IN POUCH

This Multimodal "Airwave" Convention may apply and will govern and in most cases limit the liability of FedEx Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

COUNTRY MFG US
CARRIAGE VALUE
CUSTOMS VALUE 0.00 USD

SIGN. Priscila Bandeira Le
T/C S ********
D/T: S ********

IP EOD
REF: M4173.00003
DESC1: Documents
DESC2:
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after incorporation into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

TRK# 2763 3238 4483

Form
0430

PKG:ENV

ORIGIN ID:MPBA (305) 960-2200
Priscila Bandeira Lessa de Assis
Duane Morris LLP
201 South Biscayne Blvd. Suite 3400

Miami, FL 33131
UNITED STATES, US

TO Egyptian Air Force
c/o the Ministry of Foreign Affairs
Kornish el Nile

Maspiro-Cairo,
EGYPT, EG

SHIP DATE: 03AUG22
ACTWGT: 0.50 LB
CAD: 253786370/WSXI3600

BILL SENDER
EINVAT:

(EG)

AWB

305960223I

FedEx
Express

J220022041220uv

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold this page in half and place behind the shipping label in the waybill pouch.

    

package id
  0792022
ship date
  Wed, Aug 03 2022
to
  Egyptian Air Force
  c/o the Ministry of Foreign
    Affairs
  Kornish el Nile
  Maspiro-Cairo,
  Egypt
  305.960.2231
  gagosto@duanemorris.com
residential address
  No
return label
  No
notification type
  Delivery
notification recipients
  gagosto@duanemorris.com

from
  Priscila  Bandeira Lessa de
    Assis  (12616)
  Duane Morris LLP
  201 South Biscayne Blvd.
    Suite 3400
  Miami, FL   33131-4325
  US
  +1 305 960 2319
billing
  AEG FUELS-EGYPT: FUEL
    SALES
  (M4173-00003)
duties and taxes billing
  Sender
operator
  Gloria   Agosto
  +1 305 960 2231
  gagosto@duanemorris.com
create time
  08/03/22, 9:52AM

vendor
  FedEx
tracking number
  276332384483
service
  FedEx International
    Priority®
packaging
  FedEx® Envelope
signature
  Direct Signature Required
contents
  Documents
  Documents
courtesy quote
  30.67

  Quote may not reflect all
  accessorial charges

## Commercial Invoice

| date of export | | export reference | | |
|---|---|---|---|---|
| 08/03/22 | | | | |
| **AES ITN** | | **FTR Exemption Code** | | |
| **shipper/exporter** | | **consignee** | | |
| Priscila Bandeira Lessa de Assis (12616)<br>Duane Morris LLP<br>201 South Biscayne Blvd. Suite 3400<br>Miami , FL 33131-4325 United States | | Egyptian Air Force<br>c/o the Ministry of Foreign Affairs<br>Kornish el Nile<br>Maspiro-Cairo , Egypt<br>305.960.2231<br>gagosto@duanemorris.com | | |
| **country of export** | | **buyer other than consignee** | | |
| United States | | | | |
| **country of ultimate destination** | | | | |
| | | | | |
| **exporting vendor** | | | | |
| FedEx | | | | |
| **waybill** | | **currency of sale** | | |
| 276332384483 | | USD | | |
| **marks and numbers** | **number of packages**<br>1 | **total gross weight** | | **cubic volume** |
| **description (country of manufacture)** | | **quantity** | **unit price** | **total amount** |
| Documents -- Documents | | | | 0 USD |

| | | |
|---|---|---|
| | Items total | 0.00 |
| I declare that all the information contained in this invoice is true and correct. | Packing costs | |
| | Freight costs | 30.67 |
| | Transportation costs | |
| Signed _____ | Handling | |
| | Insurance costs | |
| Date _____ | Assists | |
| | Additional Fees | |
| | Duties and taxes | |
| | Total invoice total | |



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

          

*package id*
  0792020
*ship date*
  Wed, Aug 03 2022
*to*
  Egyptian Procurement
    Office
  2590 L ST NW
  WASHINGTON, DC
    20037-1632
  United States
  305.960.2231
  gagosto@duanemorris.com
*residential address*
  No
*return label*
  No
*notification type*
  Delivery
*notification recipients*
  gagosto@duanemorris.com

*from*
  Priscila Bandeira Lessa de
    Assis  (12616)
  Duane Morris LLP
  201 South Biscayne Blvd.
    Suite 3400
  Miami, FL   33131-4325
  US
  +1 305 960 2319
*billing*
  AEG FUELS-EGYPT: FUEL
    SALES
  (M4173-00003)
  We have to provide proof of
    service to the Court
*operator*
  Gloria  Agosto
  +1 305 960 2231
  gagosto@duanemorris.com
*create time*
  08/03/22, 9:49AM

*vendor*
  FedEx
*tracking number*
  276332205620
*service*
  FedEx Priority Overnight®
*packaging*
  FedEx® Envelope
*signature*
  Direct Signature Required
*courtesy quote*
  25.60

  *Quote may not reflect all
  accessorial charges*

PRIORITY
MAIL
★ EXPRESS ™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5

PS 10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

46664348          00001097

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**PAYMENT BY ACCOUNT** (if applicable)

USPS Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

191835

**FROM:** (PLEASE PRINT)        PHONE ( 305 ) 960-6400

DUANE MORRIS LLP
201 S BISCAYNE BLVD STE 3400
MIAMI, FL 33131-4325

**TO:** (PLEASE PRINT)        PHONE ( )

Egyptian Procurement Co.
2550 L Street NW 2nd Fl.
Washington, DC
Z D D 3 7

**DELIVERY OPTIONS** (Customer Use Only)

☒ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code        Scheduled Delivery Date (MM/DD/YY)        Postage

Date Accepted (MM/DD/YY)        Scheduled Delivery Time ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM        Insurance Fee        COD Fee

Time Accepted ☐ AM ☐ PM        10:30 AM Delivery Fee        Return Receipt Fee        Live Animal Transportation Fee

Weight ☐ Flat Rate        Acceptance Employee Initials        Total Postage & Fees

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)        Time ☐ AM ☐ PM        Employee Signature

Delivery Attempt (MM/DD/YY)        Time ☐ AM ☐ PM        Employee Signature

LABEL 11-F, SEPTEMBER 2015        PSN 7690-02-000-9996        1-ORIGIN POST OFFICE COPY

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

EF 213775016 US

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRIORITY
★ MAIL ★
EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

*EMS*

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5
PS 10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

4666434B        00001070

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( 305 ) 960-7300

DUANE MORRIS LLP
201 S BISCAYNE BLVD STE 3400
MIAMI, FL 33131-4325

PAYMENT BY ACCOUNT (if applicable)

USPS Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

ARAB REPUBLIC OF EGYPT
C/O THE MINISTRY OF FOREIGN AFFAIRS
ABDEEN - EL NILE
MAGLIS EL-CAIRO
EGYPT

ZIP + 4® (U.S. ADDRESSES ONLY)

171835

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code        Day of Delivery        ☐ Next   ☐ 2nd   ☐ 2nd Del. Day
Date Accepted (MM/DD/YY)        Scheduled Delivery Date (MM/DD/YY)        Postage
Time Accepted   ☐ AM  ☐ PM        Scheduled Delivery Time  ☐ 10:30 AM  ☐ 3:00 PM
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
☐ 12 NOON        10:30 AM Delivery Fee        Insurance Fee        COD Fee
Return Receipt Fee        Live Animal Transportation Fee
☐ Flat Rate   ☐ PM   ☐ AM        Acceptance Employee Initials        Total Postage & Fees

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time  ☐ AM  ☐ PM        Employee Signature
Delivery Attempt (MM/DD/YY)   Time  ☐ AM  ☐ PM        Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

EF 233 774 744 US

1-ORIGIN POST OFFICE COPY




UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.



**PRIORITY MAIL EXPRESS™**

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5

PS 1000 1000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

46664348          00001072

FROM: (PLEASE PRINT)
PHONE ( 305 ) 960-7800
DUANE MORRIS LLP
201 S BISCAYNE BLVD STE 3400
MIAMI, FL 33131-4325

USPS Corporate Acct. No.
191835

TO: (PLEASE PRINT)
EGYPTIAN AIR FORCE
C/O THE MINISTRY OF FOREIGN AFFAIRS
KOONISH EL NILE
MASPERO-CAIRO
EGYPT

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS™**

EF 211774763 US



**UNITED STATES POSTAL SERVICE®**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY
★ MAIL ★
**EXPRESS**™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 × 9.5

PS 1 0 0 0 1 0 0 0 0 0 6

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 305 ) 960-2260

DUANE MORRIS LLP
201 S BISCAYNE BLVD STE 3400
MIAMI, FL 33131-4325

Federal Agency Acct. No. or Postal Service™ Acct. No.

TO: (PLEASE PRINT)    PHONE ( )

EGYPTIAN AIR FORCE
C/O EGYPTIAN MINISTRY OF DEFENSE
WINDON 45HG, UNNAMED RD
CAIRO GOVERNORATE DESERT
ZIP + 4® (U.S. ADDRESSES ONLY)    CAIRO GOVERNORATE

EGYPT

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

EF 211774727 US

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may
be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 X 9.5

PS 10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: (PLEASE PRINT)

DUANE MORRIS LLP
201 S BISCAYNE BLVD STE 3400
MIAMI, FL 33131-4325

PHONE ( 305 ) 960-2500

TO: (PLEASE PRINT)
ARAB REPUBLIC OF EGYPT
C/O MINISTRY OF JUSTICE
MAGLES EL SHAAB ST.
LAZOUGHLY SQ
LAZOUGHLY - CAIRO
EGYPT



UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.